IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KENNETH HENRY LABARRE, Defendant. | CR 12–10–M–DWM ORDER |

FILED
MAR 08 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

The Unites States moves unopposed to dismiss the pending revocation petition. Accordingly,

IT IS ORDERED that the motion (Doc. 99) is GRANTED. The Petition for Summons for Offender Under Supervision (Doc. 91) is DISMISSED and the March 16, 2018 final revocation hearing is VACATED. The defendant shall remain on supervised release subject to the conditions of supervision previously imposed.

DATED this 8th day of March, 2018.

Donald W. Molloy, District Judge
United States District Court

-1-